# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RITA BOCCADORI, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC, d/b/a Great Valley Cardiology, <br><br> Defendant. | No. 3:23-CV-01008 <br><br> (Chief Judge Brann) |
| MARY COUNTERMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC, d/b/a Great Valley Cardiology, <br><br> Defendant. | No. 3:23-CV-01015 |
| ROBERT SCHULTE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC, d/b/a Great Valley Cardiology, <br><br> Defendant. | No. 3:23-CV-01050 |

| | |
|---|---|
| TIMOTHY FERGUSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC, d/b/a Great Valley Cardiology,<br><br>   Defendant. | No. 3:23-CV-01112 |
| EDWARD BARTH, individually and on Behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC, d/b/a Great Valley Cardiology,<br><br>   Defendant. | No. 3:23-CV-01170 |
| MICHELLE JARROW, individually and on Behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMONWEALTH HEALTH PHYSICIAN NETWORK, d/b/a Great Valley Cardiology, and SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC,<br><br>   Defendants. | No. 3:23-CV-01237 |

| | |
|---|---|
| ROBERT MAZIARZ, individually and on Behalf of all others similarly situated, and COLLEEN MAZIARZ, individually and on Behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMMONWEALTH HEALTH PHYSICIAN NETWORK - CARDIOLOGY, a/k/a Great Valley Cardiology and SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC,<br><br>    Defendants. | No. 3:23-CV-01279 |
| NICHOLAS GABELLO, individually and on Behalf of all others similarly situated, and MARIE GABELLO, individually and on Behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMMONWEALTH HEALTH PHYSICIAN NETWORK - CARDIOLOGY, a/k/a Great Valley Cardiology, and Scranton Cardiovascular Physician Services, LLC,<br><br>    Defendant. | No. 3:23-CV-01348 |

# ORDER

**NOVEMBER 24, 2023**

**IT IS HEREBY ORDERED** that:

1. The Motions to Consolidate cases, No. 3:23-CV-01008 (Doc. 20); No. 3:23-CV-01015 (Doc. 19); No. 3:23-CV-01050 (Doc. 18); No. 3:23-CV-01112 (Doc. 19); No. 3:23-CV-1170 (Doc. 26); No. 3:23-CV-01237 (Doc. 8); No. 3:23-CV-01279 (Doc. 7); and No. 3:23-CV-1348 (Doc. 5) are **GRANTED**.

2. The above-captioned cases are **CONSOLIDATED** for the purpose of pre-trial proceedings, trial, and all matters at issue.

3. The Clerk of Court is directed to close *Counterman v. Scranton Cardiovascular Physician Services, LLC, d/b/a Great Valley Cardiology*, No. 3:23-CV-01015.

4. The Clerk of Court is directed to close *Schulte v. Scranton Cardiovascular Physician Services, LLC, d/b/a Great Valley Cardiology*, No. 3:23-CV-01050.

5. The Clerk of Court is directed to close *Ferguson v. Scranton Cardiovascular Physician Services, LLC, d/b/a Great Valley Cardiology*, No. 3:23-CV-01112.

6. The Clerk of Court is directed to close *Barth v. Scranton Cardiovascular Physician Services, LLC, d/b/a Great Valley Cardiology*, No. 3:23-CV-01170.

7. The Clerk of Court is directed to close *Jarrow v. Commonwealth Health Physician Network, d/b/a Great Valley Cardiology, et al.*, No. 3:23-CV-01237.

8. The Clerk of Court is directed to close *Maziarz v. Commonwealth Health Physician Network - Cardiology, a/k/a Great Valley Cardiology, et al.*, No. 3:23-CV-01279.

9. The Clerk of Court is directed to close *Gabello v. Commonwealth Health Physician Network - Cardiology, a/k/a Great Valley Cardiology and Scranton Cardiovascular Services, LLC,* No. 3:23-CV-01348.

10. All future filings in the above-captioned matters shall be filed at *Boccadori, et al., v. Scranton Cardiovascular Physician Services, LLC, d/b/a Great Valley Cardiology, et al.,* No. 3:23-CV-01008.

11. A telephonic status conference will be scheduled by separate Order. The purpose of the telephone status conference is to discuss counsel and scheduling deadlines.

12. All future filings shall use the following caption:

| | |
|---|---|
| RITA BOCCADORI, MARY COUNTERMAN, ROBERT SCHULTE, TIMOTHY FERGUSON, EDWARD BARTH; MICHELLE JARROW, ROBERT MAZIARZ, COLLEEN MAZIARZ, NICHOLAS GABELLO, and MARIE GABELLO, *individually and on behalf of all other similarly situated*,<br><br>   Plaintiffs,<br><br> v.<br><br>SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC d/b/a Great Valley Cardiology; COMMONWEALTH HEALTH PHYSICIAN NETWORK d/b/a Great Valley Cardiology; SCRANTON CARDIOVASCULAR PHYSICIAN SERVICES, LLC; COMMONWEALTH HEALTH PHYSICIAN NETWORK - CARDIOLOGY a/k/a Great Valley Cardiology; and COMMONWEALTH HEALTH PHYSICIAN NETWORK - CARDIOLOGY a/k/a Great Valley Cardiology and Scranton Cardiovascular Services, LLC,<br><br>   Defendants. | No. 3:23-CV-01008<br><br>(Chief Judge Brann) |

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge